[No. 32274: Department Two.   November 20, 1952. ]

*In the Matter of the Application for a Writ of Habeas Corpus of* ANDREW C. HARMON, *Petitioner*, v. JOHN R. CRANOR, *as Superintendent of the State Penitentiary, Respondent.*[1]

*Andrew C. Harmon, pro se.*

*The Attorney General* and *Rudolph Naccarato, Assistant*, for respondent.

PER CURIAM.—Petitioner in this case is the husband of the petitioner in *In re Harmon v. Cranor, ante* p. 530. He was charged with aiding and abetting his wife in the commission of the crime charged in that case. The ground of his petition for a writ of *habeas corpus* is the same as that relied upon by his wife, and discussed in the opinion in her case.

For the reasons assigned in that opinion, the writ in this case is denied.

[1]Reported in 250 P. (2d) 237.